UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Brendan T. O'Connor,
    Debtor : Case No. 5:19-bk-03855-RNO

:

## ORDER DISMISSING CASE

A motion to dismiss the above-named case having been filed by Debtor, it is **ORDERED** that the above-named case is hereby dismissed.